UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re ) | |
| ) | Bankruptcy Case No. 13-33118-gmh |
| TOYA S. JONES ) | |
| ) | |
| Debtor. ) | |
| ) | |

## APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY NATHAN E. DELADURANTEY AND HEIDI N. MILLER, OF DELADURANTEY LAW OFFICE, LLC AS SPECIAL COUNSEL FOR THE DEBTOR

NOW COMES, Toya S. Jones, Debtor in the above-captioned case, who applies to the Court for authority to employ a professional person, pursuant to 11 U.S.C. §327(a), and who in support hereof alleges as follows:

1. On October 03, 2013 a case was filed under relief of the Chapter 13 Bankruptcy Code.

2. The undersigned is the Debtor in this case.

3. The Debtor desires to employ Nathan E. DeLadurantey and Heidi N. Miller in the professional capacity of attorneys to pursue non-bankruptcy claims against a third party.

4. The professional services to be rendered and the estimated cost of such services are as follows: one third of any damages recovered from the Defendant(s), along with any reasonable attorney fees and costs as recoverable from the Defendant(s).

   a. Representation in a case under the Wisconsin Consumer Protection Act against Capital One, or any other related or relevant parties that may be discovered during litigation, for the illegal repossession of the Debtors vehicle.

5. Nathan E. DeLadurantey and Heidi N. Miller are experienced in the matter for which the applicants are to be employed and are qualified to represent the Debtor, as they regularly represent individuals in consumer protection litigation and have handled numerous illegal repossession cases.

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com

6. The Debtor believes it is in the best interests of the bankruptcy estate to employ the above-described professionals to perform the services set forth at the cost set forth.

7. The Debtor has read the professional's affidavit of disinterest made pursuant to F.R.B.P 2014 and to the best of the Debtor's knowledge, believes the affidavit to be true and correct.

Wherefore, the Debtor requests an Order authorizing the Debtor to employ the above-referenced professionals in accordance with the terms and provisions of this application, with retro-active effect to the date of this application. The Debtor does not intent to file a brief in connection with this application, but reserves the right to file a responsive brief, if necessary.

Dated 30th day of October, 2013.

Nathan E. DeLadurantey
As Attorney for Debtor
State Bar No. 1063937
735 W. Wisconsin Ave. Suite 720
Milwaukee, WI 53233
(414) 377-0515; (414) 755-0860 - Fax
E: nathan@dela-law.com

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| TOYA S. JONES ) | Case No. 13-33118-gmh |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**NOTICE OF APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY NATHAN E. DELADURANTEY AND HEIDI N. MILLER, OF DELADURANTEY LAW OFFICE, LLC AS SPECIAL COUNSEL FOR THE DEBTOR**

**Toya S. Jones** has filed an application with the court to employ Nathan E. DeLadurantey and Heidi N. Miller, of DeLadurantey Law Office, LLC as Special Counsel for the Debtor.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you have an objection/response to the application, you are required to file that objection/response within seven (14) days of the date of this notice.

Your objection/response should be filed with:

    Clerk of the Bankruptcy Court
    517 East Wisconsin Ave, Room 126
    Milwaukee, WI 53202

You must also mail a copy to:

    Attorney Nathan E. DeLadurantey
    735 W. Wisconsin Ave., Suite 720
    Milwaukee, WI 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: October 30, 2013.

    DeLadurantey Law Office, LLC
    Attorneys for Debtor

    /s/
    Nathan E. DeLadurantey, 1063937
    735 W. Wisconsin Ave., Suite 720
    Milwaukee, WI 53233 (414) 377-0515; (414) 755-0860 – Fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-33118-gmh |
| TOYA S. JONES, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

     Caitlin York states under oath that she is over the age of 18 and a paralegal at DeLadurantey Law Office, LLC, attorneys for the debtor, and that on October 30, 2013, she delivered true and correct copies of the attached "Application of Debtor for Authority to Employ Nathan E. DeLadurantey and Heidi N. Miller as Special Counsel for the Debtor", "Notice of Application of Debtor for Authority to Employ Nathan E. DeLadurantey and Heidi N. Miller, of DeLadurantey Law Office, LLC as Special Counsel for the Debtor" and "Certificate of Service" via the CM/ECF system or first-class mail to the following parties:

     Clerk, U.S. Bankruptcy Court                Trustee Thomas J. King
     Eastern District of Wisconsin                   *via CM/ECF*
     *via CM/ECF*

     Office of the United States Trustee
     *via CM/ECF*

     I certify under penalty of perjury that the foregoing is true and correct.

     Executed on October 30, 2013.

     Signed:   /s/ Caitlin York
                    Caitlin York

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com