**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
Court Minutes

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | February 18, 2014 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2013-33118 |
| DEBTOR: | Toya S. Jones |
| NATURE OF HEARING: | Status hearing on confirmation of the debtor's proposed chapter 13 plan |
| APPEARANCES: | Nathan DeLadurantey, appearing for the debtor |
| | Jennifer Marquissee, staff attorney for the chapter 13 trustee |
| COURTROOM DEPUTY: | Sara Hackbarth |

    Mr. DeLadurantey agreed that the debtor should file a proposed amended chapter 13 plan that further clarifies how her counsel prosecuting her state-law claim against Capital One Auto Finance will be compensated, and that the debtor should serve that amended plan on all creditors.

    The court will await further proceedings from the debtor.