UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: )
) Case No. 13-33118-gmh
TOYA JONES, ) Chapter 13
)
    Debtor. )

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Toya Jones has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

    Clerk of Bankruptcy Court
    517 E. Wisconsin Avenue, Room 126
    Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Nathan E. DeLadurantey
    DeLadurantey Law Office, LLC
    735 W. Wisconsin Avenue, Suite 720
    Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

   A. __X__ the Debtor;

   B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

   C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. _____ post-confirmation;

   B. __X__ pre-confirmation (Select i. or ii.);

       i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

       ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: <u>all creditors (see attached creditor matrix).</u>

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Disclose the terms of special counsel's compensation for representation in the debtor's claim against Capital One for wrongful repossession.

4. The reason(s) for the modification is/are: Further clarification of the terms of representation in the claim against Capital One for wrongful repossession.

5. Select A. or B.

   A. _____ The Chapter 13 Plan confirmed or last modified on __ is modified as follows:

   B. __X__ The unconfirmed Chapter 13 Plan dated November 2, 2013 is modified as follows:

**4 (B). Debtor's Attorney's Fees.** The total attorney fee as of the date of filing the petition is $ __3,500.00__ . The amount of $ __0.00__ was paid prior to the filing of the case. The balance of $ __3,500.00__ will be paid through the plan. Pursuant to 507(a)(2) and 1326(b)(1), any tax refund submission received by the trustee will first be used to pay any balance of Debtor's Attorney's Fees.

2

**6(A)(ii)(a). Secured Claims – Full Payment of Debt Required:**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Claim Amount | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | 2012 Hyundai Sonata | 3/2012 | See Section 10(B) | See Section 10(B) | See Section 10(B) | See Section 10(B) |

**6(B) Claims Secured by Real Property Which Debtor Intends to Retain**

The debtor does not have an interest in any real estate.

**10**. **Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below.

(A) Attorneys' fees are to be paid at the rate of all available funds at confirmation. After confirmation, Attorney's fees shall be paid at one-half of available funds (less trustee fees) each month. If all secured claims have been paid in full, Attorneys are to receive all available funds (less trustee fees) each month until paid in full. Allowed Secured Creditors will receive post confirmation payments at the rate of one-half of all available funds (less trustee fees)

**(B)** The Debtor shall file a state court action to address the lien held by Capital One on the 2012 Hyundai Sonata. The Debtor shall turn over to the Trustee the greater of one-half or the non-exempt portion of any proceeds received aside from release of the lien. Should the debtor owe remaining principle after the action has been resolved, she will file an amended plan to address any feasibility issues. **The debtor has retained DeLadurantey Law Office to represent her in this action pursuant to a contingency fee arrangement. The terms of the compensation are to be one-third of any damages recovered from the defendant(s), along with any reasonable attorney fees and costs as recoverable from the defendant(s).**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND**

PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtor, Toya Jones, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | February 26, 2014 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: February 26, 2014.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

4

A copy of the foregoing filed electronically on February 26, 2014 with:


Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202


Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on February 26, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Trustee Thomas J. King
P.O. Box 3170
Oshkosh, WI  54903-3170

The attached creditor matrix


/s/Caitlin York, Paralegal
(Electronically file by)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 13-33118-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Wed Feb 26 15:02:28 CST 2014 | Capital One Auto Finance<br>c/o Cummisford, Acevedo & Associates<br>6508 S. 27th St.<br>Suite #6<br>Oak Creek, WI 53154-1093 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Acs/bank Of America<br>501 Bleecker St<br>Utica, NY 13501-2401 | CAPITOL ONE<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 |
| CAPITOL ONE AUTO FINANCE<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 | CREDIT COLLECTION SERVICES<br>PO BOX 9134<br>NEEDHAM HEIGHTS, MA 02494-9134 | CREDIT MANAGEMENT<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007-1912 |
| CYBECOLLECT<br>2350 SOUTH AVENUE<br>LA CROSSE, WI 54601-6272 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 |
| Capital One Auto Finance<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | Cnac/wi101<br>Po Box 56<br>Elm Grove, WI 53122-0056 | Cybrcollect<br>Po Box 1145<br>La Crosse, WI 54602-1145 |
| Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | JOSEPH CIURRO<br>131 SHEGER AVE<br>OCONOMOWOC, WI 53066-1560 | Joseph Ciurro<br>131 Shegar Ave<br>Oconomowoc, WI 53066 |
| Kahuna Payment Solutions<br>807 Arcadia Dr.<br>Bloomington, IL 61704-6119 | MILWAUKEE MUNCIPAL COURT<br>951 N JAMES LOVELL ST.<br>MILWAUKEE, WI 53233-1449 | Milwaukee County Child Support Agency<br>Courthouse, Rm. 101<br>901 N. 9th St.<br>Milwaukee, WI 53233-1425 |
| Milwaukee Municipal Court<br>951 N. James Lovell Street<br>Milwaukee, WI 53233-1429 | Monterey Financial Services<br>PO Box 801638<br>Kansas City, MO 64180-1638 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| R&R Investments<br>PO Box 250386<br>Milwaukee, WI 53225-6504 | SOURCE RECEIVABLES MANAGEMENT<br>PO BOX 4068<br>GREENSBORO, NC 27404-4068 | Source Receivables Man<br>4615 Dundas Dr Ste 102<br>Greensboro, NC 27407-1761 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | WE ENERGIES<br>PO BOX 2046<br>MILWAUKEE, WI 53201-2046 | We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53290-0002 |

| | | |
|---|---|---|
| Wi Electric / Wi Energies<br>Attention: Jill Costello<br>Po Box 2046 Room A130<br>Milwaukee, WI 53201-2046 | Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>735 W. Wisconsin Avenue<br>Suite 720<br>Milwaukee, WI 53233-2413 | Thomas J. King<br>P.O. Box 3170<br>Oshkosh, WI 54903-3170 |
| Toya S Jones<br>3740 W Clinton Ave<br>Milwaukee, WI 53209-1941 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICOLLECT INC<br>1851 S ALVERNO RD<br>MANITOWOC, WI 54220 | (d)Americollect<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc, WI 54221 | Sprint Nextel<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Credit Collection Services<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | (d)Credit Management<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     2<br>Total                  35 |